

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  KEITH ANTHONY JONES, DEBTOR               CHAPTER 7 PROCEEDING
                                                  CASE NO. 24-10583

AGREED ORDER OF WITHDRAWAL
DOCKET NO. 27

THERE CAME ON FOR HEARING on Movant's Motion for Withdrawal, and the Court being fully advised in the premises finds the Motion well taken.

IT IS THEREFORE ORDERED AND ADJUDGED that U.S. Bank Trust Company, National Association, as trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2007-KS3 be allowed to withdraw its Motion for Relief from Automatic Stay previously filed on April 3, 2024 herein without prejudice.

###END OF ORDER###

AGREED TO:

/s/ Eric C. Miller
William Savage #105785
Eric Miller #102327, Attorney for Plaintiff

/s/ Robert Hudson Lomenick, Jr with Express Permission
Robert Hudson Lomenick, Jr., Attorney for Debtor(s)

/s/ William L. Fava with Express Permission
William L. Fava, Trustee